JS-6

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11
12
13

BRETT DESALVO, individually and on behalf of all others similarly situated,

14

Plaintiff,

15

v.

16
17
18
19

BEVERLY GLEN HOLDINGS, LLC d/b/a BISTRO JOLIE, a Delaware limited liability company; and DOES 1 to 10, inclusive,

20

Defendants.

21

Case No.: 2:21-cv-01194-DSF-MAA

*Assigned for all purposes to Honorable Dale S. Fischer*

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

22
23
24
25
26
27
28

The Court having considered the parties' stipulation, hereby orders as follows:

(1) The dismissal without prejudice as to Plaintiff and the absent class members.

All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

DATED: March 21, 2022

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**